# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thomas, Sidney R. | Ninth Circuit Court of Appeals | 05/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

P.O. Box 31478
Billings MT 59107-1478

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Ninth Circuit Historical Society |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwest Billings Associates (Partnership) | A | Distribution | L | W | | | | | |
| 2. Amer World Bond Fund | A | Dividend | | | Sold | 10/30/18 | J | A | |
| 3. UBS USA Deposit Account | A | Interest | J | T | | | | | |
| 4. Davis New York Venture Fund (DNVYX) | A | Dividend | | | Sold | 10/30/18 | J | A | |
| 5. American Funds World Growth Fund Class F2 (WGIFX) | A | Dividend | | | Sold | 10/30/18 | J | C | |
| 6. American Funds Growth Fund Class F2 (GFFFX) | A | Dividend | | | Sold | 10/30/18 | J | C | |
| 7. American Funds Bond Fund F (BFWFX) | A | Dividend | | | Sold | 10/30/18 | J | A | |
| 8. Columbia Mid Cap Value Fund A (NAMAX) | A | Dividend | | | Sold | 10/30/18 | J | A | |
| 9. JP Morgan Mid Cap Value Fund (JMVSX) | A | Dividend | | | Sold | 10/30/18 | J | B | |
| 10. Nuveen Flagship Limited Term Mun Bond Fund (FLTRX) | A | Dividend | | | Sold | 10/30/18 | J | A | |
| 11. Tax Exempt Bond Fund of America Clas F2 (TEAFX) | A | Dividend | | | Sold | 10/30/18 | J | A | |
| 12. AB Intermediate Muni Fund | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 13. AB Large Cap Growth Fund (APGYX) (Non-IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 14. American Funds Euro Pacific Growth Fund (AEPFX) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 15. American Funds New World Fund (NFFFX) (non-IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 16. American Funds Small Cap World Fund (SMCFX) (non-IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 17. Blackrock High Yield Muni Fund (BHYIX) | A | Dividend | J | T | Buy | 10/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Columbia Strategic Muni Income Fund | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 19.  Delaware Value Fund (DDVIX) (non-IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 20.  Lord Abbett Floating Rate Fund (LFRFX) (non-IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 21.  Nuveen Short Duration High Yield Muni Fund | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 22.  Pimco Stocks Plus Int Fund (non-IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 23.  Vanguard Mid-Cap Index Fund (VIMAX) (non-IRA Investment Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 24.  Victory Shares 500 Enhanced Vol ETF (non-IRA Account) | A | Dividend | | | Buy | 10/30/18 | J | | |
| 25.  Victory Shares 500 Enhanced Vol ETF (non-IRA Account) | A | Dividend | | | Sold | 11/13/18 | J | A | |
| 26.  Vanguard S&P 500 ETF (VOO) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 27.  Wisdom Tree US Small Cap Earnings Fund ETF(EES) (non-IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 28.  AB Large Cap Growth Fund (APGYX) (IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 29.  American Funds New World Fund (NFFFX) (IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 30.  American Funds Small Cap World Fund (SMCFX) (IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 31.  Blackrock High Yield Bond Fund (MAYHX) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 32.  Delaware Value Fund (DDVIX) (IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 33.  Lord Abbett Floating Rate Fund (LFRFX) (IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 34.  Lord Abbett Short Duration Income Fund | A | Dividend | J | T | Buy | 10/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lord Abbett Ultra Short Bond Fund (LUBFX) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 36. Pimco Income Fund | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 37. Pimco Stocks Plus Int Fund (IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 38. Vanguard Mid-Cap Index Fund (VIMAX) (IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 39. Victory Shares 500 Enhanced Vol ETF (IRA Account) | A | Dividend | | | Buy | 10/30/18 | J | | |
| 40. Victory Shares 500 Enhanced Vol ETF (IRA Account) | A | Dividend | | | Sold | 11/13/18 | J | A | |
| 41. Wisdom Tree US Small Cap Earnings Fund ETF(EES) (IRA Account) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 42. U.S. Bank Accounts | A | Interest | M | T | | | | | |
| 43. Wells Fargo Account | A | Interest | K | T | | | | | |
| 44. Real Property - Alfalfa County Oklahoma | A | Distribution | K | W | | | | | |
| 45. Mineral Interest - Alfalfa County Oklahoma | C | Royalty | J | T | | | | | |
| 46. Ishares Edge MSCI USA Quality Factor ETF (QUAL) | B | Dividend | M | T | | | | | |
| 47. Vanguard Large Cap ETF IV (VV) | D | Dividend | | | Sold | 05/02/18 | M | E | |
| 48. Ishares Small Cap 600 (IJS) | A | Dividend | K | T | | | | | |
| 49. Vanguard Value (VTV) | C | Dividend | | | Sold | 12/17/18 | M | E | |
| 50. Ishares Core S&P 500 (IVV) | C | Dividend | M | T | | | | | |
| 51. Vanguard Growth (VUG) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Utilities (VPU) | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 53. Janus Short Term BD (JABX) | B | Dividend | K | T | Buy | 05/07/18 | K | | |
| 54. Wells Fargo Advtg Short Term Bd Inv (SSTVX) | A | Dividend | K | T | Buy | 05/07/18 | K | | |
| 55. Vanguard Short Term Treasury (VGSH) | A | Dividend | M | T | Buy | 11/15/18 | M | | |
| 56. Vanguard Short Term Bond Index (VBISX) | D | Dividend | N | T | Buy | 01/05/18 | N | | |
| 57. Schwab Govt Money Fund (SNVXX) | A | Dividend | | | Buy | 01/04/18 | J | | |
| 58. Schwab Govt Money Fund (SNVXX) | A | Dividend | | | Sold | 11/16/18 | J | A | |
| 59. SPDR S&P Biotech ETF IV (XBI) | A | Dividend | | | Buy | 01/11/18 | L | | |
| 60. SPDR S&P Biotech ETF IV (XBI) | A | Dividend | | | Sold | 04/04/18 | L | A | |
| 61. Schwab US Treas Money Fund (SWUXX) | B | Dividend | | | Buy | 01/05/18 | M | | |
| 62. Schwab US Treas Money Fund (SWUXX) | B | Dividend | | | Sold | 12/17/18 | M | A | |
| 63. SPDR BLMBRG BRCLY INV ETF (FLRN) | B | Dividend | | | Buy | 05/07/18 | M | | |
| 64. SPDR BLMBRG BRCLY INV ETF (FLRN) | B | Dividend | | | Sold | 11/14/18 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas, Sidney R. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report does not contain listing of assets and property that are solely owned by ⬛⬛⬛⬛⬛. Those assets were not derived from my assets, income, or activities. I have no control over those assets. I possess no interest, income or benefit from any of the omitted assets, nor do I expect to receive any interest or benefit from them. I have no personal knowledge of the details of any of the omitted assets, except that it has been represented to me that none of the assets consist of common stocks.

In Part VII, several funds are listed twice because they were purchased for separate investment accounts. These investments are differentiated as "non-IRA Account" or "IRA Account." These investments include AB Large Cap Growth (lines 13 and 28); American Funds New World (lines 15 and 29); Delaware Value Fund (19 and 32), Lord Abbett Floating Rate Fund (lines 20 and 33), Pimco Stocks Plus Inv Fund (lines 22 and 33); Vanguard Mid-Cap Index Fund (lines 23 and 38), Victory Shares 500 Enhanced ETF (lines 24-25 and 39-40); and Wisdom Tree US Small Cap Fund (lines 27 and 41).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Sidney R. Thomas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544